No. 97–7113.  FABIAN v. JUSTO ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 97–7114.  DIXON v. MARION POLICE DEPARTMENT ET AL. C. A. 7th Cir.  Certiorari denied.

No. 97–7115.  HAMMON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 97–7124.  THOMPSON v. NAGLE, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 97–7127.  GONZALES SAMAYOA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 97–7128.  SIMMONS v. MEFFORD ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–7130.  STEWART v. HOFFMAN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–7133.  STRINGER v. TEXAS.  Ct. App. Tex., 2d Dist. Certiorari denied.

No. 97–7139.  NEAL v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 97–7141.  JOHNSON v. RENDELL ET AL.  C. A. 3d Cir. Certiorari denied.

No. 97–7142.  ZAWODNIAK v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 97–7143.  TIMMONS v. ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–7144.  TURK v. WHITE, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–7145.  TAMEZ v. CITY OF SAN MARCOS, TEXAS, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 97–7147.  BRADFORD v. LOUISIANA STATE UNIVERSITY MEDICAL CENTER ET AL.  C. A. 5th Cir.  Certiorari denied.